JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| 3M UNITEK CORPORATION, a California corporation, and 3M INNOVATIVE PROPERTIES COMPANY, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RMO, INC., d/b/a ROCKY MOUNTAIN ORTHODONTICS, a Colorado corporation,<br><br>Defendant. | CASE NO. CV12-08544 MMM (RZX)<br><br>[~~PROPOSED~~] FINAL JUDGMENT<br><br>Honorable Margaret M. Morrow |
|---|---|

Plaintiffs 3M Unitek Corporation and 3M Innovative Properties Company ("Plaintiffs") and Defendant RMO, Inc. ("RMO") have reached a settlement of the above-referenced action and, pursuant to their settlement agreement, stipulate to entry of Final Judgment as follows:

1. United States Patent Nos. 6,776,614, 7,811,087 and Patent No. 7,850,451 (collectively, the "Patents-in-Suit") are duly issued, valid and enforceable;

2. RMO's sale of customized lingual orthodontic brackets and appliances manufactured by Lingaljet Othodontics ("Lingualjet") using a system of 3D modeling software and a virtual library of bracket bodies, which was marketed as the Lingualjet system ("Accused Products") as identified and described in Plaintiffs' Complaint filed in the above-captioned action, infringed the Patents-in-Suit;

3. RMO shall immediately cease and permanently refrain from making (or having made), using, importing, offering for sale, or selling anywhere (a) the Accused Products, (b) any products that are no more than colorably different therefrom, and (c) any other products or systems that would infringe any of the Patents-in-Suit.

4. Plaintiffs' requests for money damages are dismissed.

5. All parties shall bear their own attorneys' fees and costs incurred in this action.

6. This Court retains jurisdiction to enforce the terms of the parties' settlement agreement, and resolve any disputes regarding compliance with this Final Judgment.

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that final judgment is hereby entered on the terms set forth above.

Dated: May 1, 2013

*Margaret M. Morrow*
Margaret M. Morrow
United States District Judge